United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOLULOPE ADEBANKE KOLEDOYE AND ADEWALE MOSES BAMGBOYE *Plaintiffs*, | § § § § |
| v. | §   CIVIL ACTION NO. 4:25-cv-03920 |
| JOSEPH B. EDLOW, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., *Defendants*. | § § § § § |

## MEMORANDUM AND RECOMMENDATION

Plaintiffs filed their Complaint (ECF 1) on August 19, 2025, and their deadline to serve Defendants was November 17, 2025. *See* Fed. R. Civ. P. 4(c), (m).[1] On December 11, 2025, the Court ordered Plaintiffs to effect service by January 12, 2026, and warned that the Magistrate Judge would recommend the District Judge dismiss the case for failure to do so. ECF 5. Plaintiffs have failed to serve defendants.

For the reasons stated above, the Court RECOMMENDS that Plaintiffs' claims be DISMISSED WITHOUT PREJUDICE for failure to effect service.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 5.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on January 13, 2026, at Houston, Texas.

*[signature: Christina A. Bryan]*
Christina A. Bryan
United States Magistrate Judge